**People of the State of Illinois, Plaintiff-Appellee, v. Richard Williams, Defendant-Appellant.**

**Gen. No. 51,022.** 

First District, Second Division.

March 6, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Downs, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.